# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1463
Lower Tribunal No. 49-2021-CF-002745

_____

STATE OF FLORIDA,

Appellant,

v.

CLAUDE JEFFREY KIRKLEY,

Appellee.

_____

Appeal from the Circuit Court for Osceola County.
Tom Young, Judge.

January 2, 2024

PER CURIAM.

AFFIRMED.

WHITE, SMITH and MIZE, JJ., concur.

Ashley Moody, Attorney General, Tallahassee, and Kristen L. Davenport, Assistant Attorney General, Daytona Beach, for Appellant.

Matthew J. Metz, Public Defender, and Teresa D. Sutton, Assistant Public Defender, Daytona Beach, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED